FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |
|---|---|
| NEIL HORNSBY and MARICOR POAGE HORNSBY, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALCOA INC.,<br><br>    Defendant. | No. 2:14-CV-00394-SAB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION** |

Before the Court is Defendant's Motion for Reconsideration, ECF No. 35. The motion was heard without oral argument.[1] Plaintiffs are represented by Ashley Richards, Beth Bollinger and William Gilbert. Defendant is represented by Kevin Craig.

### PROCEDURAL BACKGROUND

On November 5, 2025, the Court granted Plaintiffs' Motion to Set Aside Judgment, ECF No. 38, finding extraordinary circumstances justified reopening the case because recent Washington Supreme Court case overturned precedent the

---

[1] The Court has determined oral argument is not warranted. *See* LCivR 7(i)(3)(B)(iii).

**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION** ~ 1

Court relied on in dismissing Plaintiffs' complaint. Based on the record, the Court assumed the motion was unopposed.

Defendant asks the Court to reconsider its Order because it was not properly served. The Court agrees. Plaintiffs' arguments to the contrary are not well-taken and would impose an unworkable demand on attorneys. Instead, "[c]ases should be decided on their merits whenever reasonably possible." *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986). Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendant's Motion for Reconsideration, ECF No. 41, is **GRANTED**. The February 5, 2026 hearing on the motion is **STRICKEN**.

2.    The Court's Order granting Plaintiffs' Motion to Set Aside Judgment, ECF No. 38, is **STRICKEN**.

3**. Within fourteen (14) days** from the date of this Order, Plaintiff shall refile their Motion to Set Aside Judgment.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 29th day of January 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION** ~ 2